1  BENJAMIN B. WAGNER
   United States Attorney
2  MELANIE L. ALWORTH
   KATHLEEN A. SERVATIUS
3  Assistant United States Attorney
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone:  (559) 497-4000
5  Facsimile:   (559) 497-4099

6

   Attorneys for Plaintiff
7  United States of America

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          CASE NO.  1:13-CR-420 LJO-SKO

12                       Plaintiff,   ORDER GRANTING GOVERNMENT'S MOTION
                                      TO STRIKE WEIGHT ENHANCEMENT IN COUNT
13            v.                      FIVE AS TO DEFENDANT PEDRO BERMEO
                                      MENDOZA ONLY
14 PEDRO BERMEO MENDOZA,

15                       Defendant.

16

17         The United States of America, by and through BENJAMIN B. WAGNER, the United States

18 Attorney for the Eastern District of California, and MELANIE L. ALSWORTH and KATHLEEN A.

19 SERVATIUS, Assistant United States Attorneys, having moved to strike the weight the enhancement in

20 count five of the indictment and superseding indictment as to defendant Pedro Bermeo Mendoza only, and

21 good cause appearing as the defendant entered his plea of guilty to count five on July 21, 2014;

22

   IT IS SO ORDERED.
23

24     Dated:   __July 30, 2014__          ____/s/ Lawrence J. O'Neill____
                                           UNITED STATES DISTRICT JUDGE
25

26

27

28

Order Granting Government's Motion to Strike          1
Weight Enhancement